

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -4 P 1: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COBB INVESTMENTS COMPANY, INC. | CIVIL ACTION |
| VERSUS | NO. 00-091 |
| PICCADILLY CAFETERIAS, INC., ET AL | SECTION: R(2) |

AND

| | |
|---|---|
| COBB INVESTMENTS COMPANY, INC. | CIVIL ACTION |
| VERSUS | NO. 00-311 |
| PICCADILLY, ET AL | SECTION: R(2) |

### ORDER REALLOTTING CASES

Defendants, **PICCADILLY CAFETERIAS, INC. AND PICCADILLY RESTAURANTS, INC.,** are represented by Jones, Walker, Waechter, Poitevent, Carrere & Denegre, in which the undersigned's husband, R. Patrick Vance, is a partner. I am therefore required to disqualify myself from acting on these cases by 28 U.S.C. § 455 and Canon 3-C(1) of the Code of Judicial Conduct.

Accordingly,            DATE OF ENTRY FEB - 7 2000

FEB 0 4 2000

**REALLOTTED TO:**

**SECT. T**



**IT IS ORDERED** that the Clerk of Court reallot these matters to another section of this Court.

New Orleans, Louisiana, this 2nd day of February, 2000.

_____
SARAH S. VANCE
**UNITED STATES DISTRICT JUDGE**