

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 16 P 4: 10

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COBB INVESTMENTS COMPANY, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0091** |
| | * | |
| **PICCADILLY CAFETERIAS, INC.** | * | |
| **AND PICCADILLY RESTAURANTS, INC.** | * | |

### MOTION FOR LEAVE TO FILE REPLY BRIEF

NOW INTO COURT, through undersigned counsel, comes defendant Piccadilly Cafeterias, Inc. and Piccadilly Restaurants, Inc. (collectively "Piccadilly"), which moves this Court for an order allowing it to file the attached Reply Memorandum in support of their Motion to Dismiss, to Stay, or to Transfer, after representing to the Court as follows:

1.

Piccadilly filed a Motion to Dismiss, to Stay, or to Transfer ("Motion") which is currently set for hearing before the Court on February 16, 2000, at 9:00 a.m.

2.

Plaintiff filed an opposition to the Motion on February 8, 2000, which Piccadilly received on February 9, 2000. That opposition raises several issues to which Piccadilly would like the opportunity respond.

N0472091 1      DATE OF ENTRY  FEB 23 2000



3.

Piccadilly believes that allowing it to file the reply memorandum is in the interest of justice.

Respectfully submitted,

_____
EDWARD D. WEGMANN, T.A. (Bar No.13315)
GENEVIEVE HARTEL SALASSI (Bar No. 25232)
Jones, Walker, Waechter,
Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8226
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by hand delivery and/or by depositing same in the U.S. mail, properly addressed and postage prepaid, this 16 day of February, 2000.

_____

N0472091 1

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COBB INVESTMENTS COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0091 |
| | * | |
| PICCADILLY CAFETERIAS, INC. | * | |
| AND PICCADILLY RESTAURANTS, INC. | * | |

*********************************************

## ORDER

Considering the foregoing Motion for Leave to File Reply Brief of defendants Piccadilly Cafeterias, Inc. and Piccadilly Restaurants, Inc. (collectively "Piccadilly")

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the attached Reply in Support of Motion to Dismiss, to Stay or to Transfer submitted herein by defendant Piccadilly is filed into the record.

New Orleans, Louisiana, this 18th day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

N0472091 1