


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COBB INVESTMENT CO., INC.

VERSUS

PICCADILLY CAFETERIAS, INC., et al.

CIVIL ACTION

NO. 00-0091 c/w 00-0311

SECTION "T" (2)

**ORDER**

It has come to the Court's attention that the civil action bearing number "00-0311" grows out of the same factual basis as that in the civil action numbered "00-0091." It follows that these matters could be handled most expeditiously by consolidation; therefore, the Court will order that the cases be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS ORDERED** that the civil actions numbered "00-0091" and "00-0311" be, and the same hereby are **CONSOLIDATED**.

All pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases. The clerk of court is directed to establish a master file and a master docket sheet for the consolidated cases. All entries

DATE OF ENTRY FEB 28 2000

___ Fee
___ Process
X Dktd
✓ CtRmDep
Doc.No. 8

shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents with the clerk within five days of the deconsolidation order.

New Orleans, Louisiana, this 25th day of February, 2000.

**G. Thomas Porteous, Jr.**
**United States District Judge**