


**MINUTE ENTRY**
**PORTEOUS, J.**
**March 15, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COBB INVESTMENT COMPANY, INC. | CIVIL ACTION |
| VERSUS | NO.  00-0091 c/w<br>         00-0311 |
| PICCADILLY CAFETERIAS, INC., et al. | SECTION "T" (2) |

### O R D E R

The Court has received the Motion of the Defendants, Piccadilly Cafeterias, Inc., et al., to Dismiss, to Stay, or to Transfer the above-captioned matter (Doc. 10). Since this Court already has transferred the consolidated action to the United States District Court for the Middle District of Louisiana (see Doc. 9) pursuant to the Defendants' earlier motion,

**IT IS ORDERED** that the hearing date for the above-referenced motion, March 29, 2000, be, and the same hereby is **CANCELED** as the motion is **MOOT**.

In addition, the Court has received both the Plaintiff's Motion for Summary Judgment in Civil Action No. 00-0311 (Doc. 11) and the Plaintiff's Motion to Recuse Counsel for the Defendants (Doc. 12). These motions must be **RE-FILED** in the United States District Court for the Middle District of Louisiana for the same reason stated above.

DATE OF ENTRY
MAR 1 6 2000

G. Thomas Porteous, Jr.
United States District Judge

___Fee___
___Process___
_X_ Dktd
___ CtRmDep
Doc.No._13_